**FILED**

Aug 18, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IMPLANTED PORT CATHETER
PRODUCTS LIABILITY LITIGATION

MDL No. 3081

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On August 8, 2023, the Panel transferred 9 civil action(s) to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable David G. Campbell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Arizona and assigned to Judge Campbell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of August 8, 2023, and, with the consent of that court, assigned to the Honorable David G. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 18, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

I hereby attest and certify on 8.18.23 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

IN RE: BARD IMPLANTED PORT CATHETER  
PRODUCTS LIABILITY LITIGATION                            MDL No. 3081

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 23-00278 | Ellis v. Becton Dickinson and Company et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 23-01111 | Criner v. Becton, Dickinson and Co., et al |
| CAE | 2 | 23-01394 | Farrow v. Becton Dickinson & Company et al |
| CAE | 2 | 23-01520 | Smith v. Becton, Dickinson and Co., et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 23-03147 | Richard v. C.R. Bard, Inc. et al |
| **COLORADO** | | | |
| CO | 1 | 23-01669 | Payne v. Becton, Dickinson and Co., et al |
| CO | 1 | 23-01887 | Whatley v. Becton, Dickinson and Company et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 23-01410 | Kessler v. Becton Dickinson and Company et al |
| FLM | 8 | 23-01646 | Pfaltzgraff v. C.R. Bard, Inc. et al |
| **ILLINOIS CENTRAL** | | | |
| ILC | 1 | 23-01269 | Green v. Becton, Dickinson and Company et al |
| ILC | 3 | 23-03231 | Sours v. Becton, Dickinson and Company et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 23-04141 | Russow v. C.R. Bard, Inc. et al |
| ILN | 1 | 23-04703 | Williams v. CR Bard Inc et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 23-02560 | Wilson v. Becton, Dickinson and Company et al |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 23-00214 | Nedved v. Becton, Dickinson and Company et al |

| | | | |
|---|---|---|---|
| IAS | 4 | 23-00264 | Brannen v. Becton, Dickinson and Company et al |

**MISSOURI EASTERN**

| | | | |
|---|---|---|---|
| MOE | 4 | 23-00809 | Barnes v. Becton, Dickinson and Company et al |
| MOE | 4 | 23-00847 | Hicks v. C.R. Bard, Inc. et al |

**MISSOURI WESTERN**

| | | | |
|---|---|---|---|
| MOW | 4 | 23-00513 | Zumalt v. Becton, Dickinson and Company et al |
| MOW | 6 | 23-03226 | Sanders v. C.R. Bard, Inc. et al |

**NEBRASKA**

| | | | |
|---|---|---|---|
| NE | 8 | 23-00314 | Taylor v. Becton, Dickinson and Company et al |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 2 | 23-02859 | CABELLO v. C.R. BARD, INC. et al |

**NEW YORK WESTERN**

| | | | |
|---|---|---|---|
| NYW | 1 | 23-00753 | Doner v. C.R. Bard, Inc et al |

**NORTH CAROLINA EASTERN**

| | | | |
|---|---|---|---|
| NCE | 5 | 23-00383 | Farmer v. Becton, Dickinson and Company, et al. |

**NORTH CAROLINA MIDDLE**

| | | | |
|---|---|---|---|
| NCM | 1 | 23-00574 | LAFFERTY v. BECTON, DICKINSON AND COMPANY et al |
| NCM | 1 | 23-00597 | DYE-SHARPE v. BECTON, DICKINSON AND COMPANY et al |

**PENNSYLVANIA MIDDLE**

| | | | |
|---|---|---|---|
| PAM | 1 | 23-01088 | Mower v. Becton, Dickinson and Company et al |

**SOUTH DAKOTA**

| | | | |
|---|---|---|---|
| SD | 4 | 23-04111 | Heeren v. C.R. Bard, Inc. et al |

**TENNESSEE MIDDLE**

| | | | |
|---|---|---|---|
| TNM | 3 | 23-00745 | Kendall v. Becton, Dickinson & Company et al |

**TENNESSEE WESTERN**

| | | | |
|---|---|---|---|
| TNW | 2 | 23-02435 | Lesizza v. C.R. Bard, Inc. et al |
| TNW | 2 | 23-02442 | SWINDLE v. BECTON, DICKINSON AND CO. et al |

**TEXAS EASTERN**

| | | | |
|---|---|---|---|
| TXE | 4 | 23-00672 | Johnson v. Becton, Dickinson and Company et al |
| TXE | 9 | 23-00124 | Songy v. CR Bard, Inc et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 23-01463 | Canales v. C R Bard Inc et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 23-02356 | Gaither-Hawkins v. Becton, Dickinson and Company et al |

WASHINGTON EASTERN

| | | | |
|---|---|---|---|
| WAE | 1 | 23-03109 | McKinley v. Becton Dickinson and Company et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 3 | 23-05653 | Gay v. Becton Dickinson and Company et al |
| WAW | 3 | 23-05670 | Curry v. Becton, Dickenson & Company et al |